FIRST NATIONAL BANK OF MONT-
GOMERY, Executor, Estate of Georgia
S. Gossler, Deceased, Appellant,

v.

UNITED STATES of America,
Appellee.

No. 18450.

United States Court of Appeals
Fifth Circuit.

Jan. 23, 1961.

Robert D. Thorington, Wm. S. Duke,
Montgomery, Ala., for appellant.

Morton K. Rothschild, Atty., Dept. of
Justice, Washington, D. C., Albert E.
Byrne, Asst. U. S. Atty., Hartwell Davis,
U. S. Atty., Montgomery, Ala., Charles K
Rice, Asst. Atty. Gen., Lee A. Jackson,
C. Guy Tadlock, Attys., Dept. of Justice,
Washington, D. C., for appellee.

Before TUTTLE, Chief Judge,
JONES, Circuit Judge, and MIZE, District Judge.

PER CURIAM.

We find ourselves in agreement with
the opinion of the district court. First
National Bank of Montgomery v. United
States, D.C., 176 F.Supp. 768. For the
reasons there stated, its judgment is

Affirmed.